UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00340

**Lisa Norvick,**
*Plaintiff,*

v.

**Commissioner of SSA,**
*Defendant.*

**ORDER**

Plaintiff Lisa Norvick filed this action seeking judicial review of an unfavorable decision by the Commissioner of the Social Security Administration (SSA) concerning entitlement to disability insurance benefits and supplemental security income. Doc. 1. The case was referred to a magistrate judge. Subsequently, the Commissioner filed an unopposed motion to remand this case to the SSA under the fourth sentence of 42 U.S.C. § 405(g). Doc. 6. The magistrate judge issued a report recommending that the Commissioner's motion be granted. Doc. 7 at 2. Neither party filed written objections.

When there are no objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The court grants the motion to remand (Doc. 6), reverses the Commissioner's final decision, and remands the matter for further administrative proceedings under the fourth sentence of 42 U.S.C. § 405(g). Any pending motions are denied as moot.

- 2 -

*So ordered by the court on January 12, 2026.*

_____
J. CAMPBELL BARKER
United States District Judge