UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

————

No. 6:25-cv-00340

————

**Lisa Norvick,**
*Plaintiff,*

v.

**Commissioner of SSA,**
*Defendant.*

————

# ORDER

Plaintiff brought this action seeking judicial review of an unfavorable decision by the Commissioner of the Social Security Administration concerning entitlement to disability benefits and supplemental security income. Doc. 1. After the court remanded this matter to the Commissioner for further proceedings, plaintiff filed an unopposed motion for attorney's fees. Doc. 10. A magistrate judge issued a report recommending that the court grant plaintiff's motion. Doc. 11 at 4. No party filed objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's motion for attorney's fees (Doc. 10) is granted. The court orders the Commissioner to pay plaintiff $1,494.49 for fees incurred. *See* 28 U.S.C. 2412(d). Payment should be made out to plaintiff but mailed to plaintiff's counsel.

*So ordered by the court on May 13, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -